IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRED A. CHAUNCEY** and | : | CIVIL ACTION |
| **PATRICIA A. CHAUNCEY** | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 08-cv-4131 |
| | : | |
| **PECO, INC.,** | : | |
| Defendant | : | |

## <u>ORDER</u>

**AND NOW**, this 16th day of February, 2010, upon consideration of defendants motion for summary judgment (Doc. # 14), plaintiff's opposition to defendant's motion for summary judgment (Doc. # 22), defendant's reply to plaintiff's response (Doc. # 25), and plaintiff's sur-reply (Doc. # 28), it is hereby **ORDERED** that the defendant's motion is DENIED.

BY THE COURT:


/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.